IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 MAY 12 PM 4:07

SIGN
by DEPUTY CLERK

| | | |
|---|---|---|
| SCOTT GUERIN, ET AL<br>Plaintiffs | § § § | CIVIL ACTION NO. 02-1066-D-M3 |
| | § | SECTION "D" |
| VERSUS | § § | JUDGE BRADY |
| AMERICAN HOME PRODUCTS, ET AL<br>Defendants | § § | MAGISTRATE JUDGE DALBY (3) |

**CONSOLIDATED**

### ORDER ON *EX PARTE* MOTION
### FOR LEAVE TO APPEAR *PRO HAC VICE*

Now on this day came to be heard the *Ex Parte* Motion for Leave to Appear *Pro Hac Vice* filed by counsel of record for SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and after examining the motion, the Court is of the opinion that the motion is meritorious. It is therefore,

ORDERED that the Motion is granted, and Martha M. Harris is allowed to appear *pro hac vice* as for SmithKline Beecham Corporation d/b/a GlaxoSmithKline in this matter.

Baton Rouge, Louisiana on this 12th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

:99532836-1